

FILED
AUG 8 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL NO. SA-20-CR-095-FB |
| | § | |
| JOSHUA LOPEZ, | § | |
| | § | |
| Defendant. | § | |

VERDICT OF THE JURY

COUNT ONE

We, the Jury in the above entitled cause, find the defendant, JOSHUA LOPEZ,

NOT GUILTY of the offense charged in Count One of the Indictment.
(guilty) (not guilty)

COUNT TWO

We, the Jury in the above entitled cause, find the defendant, JOSHUA LOPEZ,

NOT GUILTY of the offense charged in Count Two of the Indictment.
(guilty) (not guilty)

COUNT THREE

We, the Jury in the above entitled cause, find the defendant, JOSHUA LOPEZ,

NOT GUILTY of the offense charged in Count Three of the Indictment.
(guilty) (not guilty)

COUNT FOUR

We, the Jury in the above entitled cause, find the defendant, JOSHUA LOPEZ,

NOT GUILTY of the offense charged in Count Four of the Indictment.
(guilty) (not guilty)

COUNT FIVE

We, the Jury in the above entitled cause, find the defendant, JOSHUA LOPEZ,

NOT GUILTY of the offense charged in Count Five of the Indictment.
(guilty) (not guilty)

COUNT SIX

We, the Jury in the above entitled cause, find the defendant, JOSHUA LOPEZ,

NOT GUILTY of the offense charged in Count Six of the Indictment.
(guilty) (not guilty)

COUNT SEVEN

We, the Jury in the above entitled cause, find the defendant, JOSHUA LOPEZ,

NOT GUILTY of the offense charged in Count Seven of the Indictment.
(guilty) (not guilty)

COUNT EIGHT

We, the Jury in the above entitled cause, find the defendant, JOSHUA LOPEZ,

NOT GUILTY of the offense charged in Count Eight of the Indictment.
(guilty) (not guilty)

COUNT NINE

We, the Jury in the above entitled cause, find the defendant, JOSHUA LOPEZ,

NOT GUILTY of the offense charged in Count Nine of the Indictment.
(guilty) (not guilty)

COUNT TEN

We, the Jury in the above entitled cause, find the defendant, JOSHUA LOPEZ,

NOT GUILTY of the offense charged in Count Ten of the Indictment.
(guilty) (not guilty)

COUNT ELEVEN

We, the Jury in the above entitled cause, find the defendant, JOSHUA LOPEZ,

NOT GUILTY of the offense charged in Count Eleven of the Indictment.
(guilty) (not guilty)

COUNT TWELVE

We, the Jury in the above entitled cause, find the defendant, JOSHUA LOPEZ,

NOT GUILTY of the offense charged in Count Twelve of the Indictment.
(guilty) (not guilty)

COUNT THIRTEEN

We, the Jury in the above entitled cause, find the defendant, JOSHUA LOPEZ,

NOT GUILTY of the offense charged in Count Thirteen of the Indictment.
(guilty) (not guilty)

COUNT FOURTEEN

We, the Jury in the above entitled cause, find the defendant, JOSHUA LOPEZ,

NOT GUILTY of the offense charged in Count Fourteen of the Indictment.
(guilty) (not guilty)

COUNT FIFTEEN

We, the Jury in the above entitled cause, find the defendant, JOSHUA LOPEZ,

NOT GUILTY of the offense charged in Count Fifteen of the Indictment.
(guilty) (not guilty)

COUNT SIXTEEN

We, the Jury in the above entitled cause, find the defendant, JOSHUA LOPEZ,

NOT GUILTY of the offense charged in Count Sixteen of the Indictment.
(guilty) (not guilty)

COUNT SEVENTEEN

We, the Jury in the above entitled cause, find the defendant, JOSHUA LOPEZ,

NOT GUILTY of the offense charged in Count Seventeen of the Indictment.
(guilty) (not guilty)

COUNT EIGHTEEN

We, the Jury in the above entitled cause, find the defendant, JOSHUA LOPEZ,

NOT GUILTY of the offense charged in Count Eighteen of the Indictment.
(guilty) (not guilty)

**COUNT NINETEEN**

We, the Jury in the above entitled cause, find the defendant, JOSHUA LOPEZ, NOT GUILTY of the offense charged in Count Nineteen of the Indictment.
(guilty) (not guilty)

8/8/2022
Date

[redacted]
PRESIDING JUROR