UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| USA | § |
| | § |
| vs. | §   NO:   SA:20-CR-00095(1)-FB |
| | § |
| (1) Joshua Lopez | § |

**JUDGMENT OF AQUITAL**

    The defendant, Joshua Lopez, was represented by Edgardo Rafael Baez. The defendant has been found not guilty on Counts One (1), Two (2), Three (3), Four (4), Five (5), Six (6), Seven (7), Eight (8), Nine (9), Ten (10), Eleven (11), Twelve (12), Thirteen (13), Fourteen (14), Fifteen (15), Sixteen (16), Seventeen (17), Eighteen (18) and Nineteen (19) of the Indictment by a Jury on Monday, August 8, 2022.

    **IT IS THEREFORE ORDERED** that the Defendant, Joshua Lopez, is acquitted of the charges and is discharged as to such counts.

Signed this the 11th day of August, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE